■ CHESTERFIELD REALTY CORP., Appellant, v VANDERBILT ASSOCIATES, Respondent.—Orders, Supreme Court, New York County (Alvin Klein, J.), entered on August 13, 1986 and October 2, 1986, respectively, unanimously affirmed, without costs and without disbursements. The stay previously granted by this court on October 23, 1986 is hereby continued for 15 days from the date of this court's order. No opinion. Concur—Murphy, P. J., Kupferman, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SANCHEZ, Appellant.—Judgment, Supreme Court, New York County (Clifford Scott, J.), rendered on December 6, 1984, unanimously affirmed. The motion by appellant for leave to file a *pro se* supplemental brief denied. No opinion. Concur—Sullivan, J. P., Carro, Milonas, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS MAGNOTTA, Appellant.—Judgment, Supreme Court, New York County (Eve Preminger, J., at sentence; James Leff, J., at *Wade* hearing and mistrial), rendered on May 22, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings, pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Carro, Milonas, Ellerin and Smith, JJ.